**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Hieseok Rhee,<br><br>Plaintiff,<br><br>-against-<br><br>Forster Garbus & Garbus, Ronald Forster, Mark Garbus and Glenn Garbus,<br><br>Defendant. | Case No: 2:19-cv-14528-SDW-LDW |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 6, 2020

| | |
|---|---|
| **BARRON & NEWBURGER, P.C** | **BARSHAY SANDERS, PLLC** |
| By: /s Mitchell Williamson<br>Mitchell Williamson, Esq.<br>458 Elizabeth Avenue, Suite 5371<br>Somerset, New Jersey 08873<br>Tel: (973) 753-5100<br>*Attorneys for Defendant* | By: /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email:<br>*ConsumerRights@BarshaySanders.com*<br>Our File No: 117521<br>*Attorneys for Plaintiff* |

So Ordered this 16th day of March 2020

Susan D. Wigenton, U.S.D.J.